Mr. Gregory C. Jones 15052-074
Federal Correctional Institute Hazelton
P.O.B. 5000
Bruceton Mills, West Virginia 26525

RECEIVED

APR 23 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

United States District Court
Western District of Tennessee
Attention: Office Of The Clerk
167 North Main Street
Memphis, Tennessee 38103

April 16, 2024

Re: United States v. Gregory C. Jones
    Orig. Cs. No. 03 CR 20042-01

    Sir/Madam,

    This letter is to inform you of the change in my
address of record. On March 12, 2024, I was transferred from
Federal Institute Medowell, located in Welch, West Virginia to:
Federal Correctional Institute Hazelton, located in Bruceton Mills,
West Virginia (address noted in heading of this letter. Please forward
all correspondance related to the aforementioned Case Number to
this new address.

                                        Respectfully,

                                        Gregory C. Jones
                                        15052-076